

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00200-CV

| | | |
|---|---|---|
| ALL STAR HOME HEALTH SERVICES INC. D/B/A SPECTRUM HEALTH SOLUTIONS AND SILVER OAK MANAGEMENT GROUP I, LLC D/B/A SPECTRUM HEALTH SOLUTIONS, Appellants | § | On Appeal from the 442nd District Court |
| | § | of Denton County (24-0940-442) |
| V. | § | June 19, 2025 |
| DRAKE CONSULTING, LLC, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM